UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EFLEDA AGACETA,

        Plaintiff(s),

vs.

INDYMAC FEDERAL BANK, et al.,

        Defendant(s).

No. C-09-4558 MHP

**ORDER re VOLUNTARY DISMISSAL**

Plaintiff has filed a request for the voluntary dismissal of this action. No answer or other response having been filed which would have hindered a voluntary dismissal plaintiff's request is GRANTED and this action is DISMISSED without prejudice.

IT IS SO ORDERED. The Clerk of Court shall close the file.

Date: January 5, 2010

_____
MARILYN HALL PATEL
United States District Court Judge
Northern District of California